UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONALD SYMES,

Plaintiff,

-v-

CIVIL ACTION NO. 25 Civ. 6788 (SLC)

**ORDER**

DARRYL CLESSON SPRAGUE, et al.,

Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 11, the parties were required to submit a Report of Rule 26(f) Meeting and Proposed Case Management Plan ("PCMP") by January 20, 2026, in advance of the Initial Case Management Conference (the "Conference") scheduled to take place in person on January 27, 2026, at 4:30 p.m. ET in Courtroom 18A, 500 Pearl Street, New York NY 10007.  (Dkt. No. 11).  To date, the parties have not submitted the PCMP.  As a one-time courtesy, the Court sua sponte **EXTENDS** the parties' deadline to file the PCMP up to and including **January 23, 2026 at 5:00 p.m. ET**.  The parties are warned that failure to file the PCMP by **January 23, 2026 at 5:00 p.m. ET** may result in the Court cancelling the Conference.

Dated:       New York, New York
             January 21, 2026

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**