UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONALD SYMES,

Plaintiff,

-v-

CIVIL ACTION NO. 25 Civ. 6788 (SLC)

**ORDER**

DARRYL CLESSON SPRAGUE, et al.,

Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

On January 26, 2026, the parties notified the Court that they settled this matter in principle. (Dkt. No. 15). In light of the parties' settlement in principle, the Court cancelled the initial case management conference previously scheduled for January 27, 2026 and ordered the parties to file their Stipulation of Dismissal ("SoD") by February 10, 2026. (Dkt. No. 15).[1] To date, the parties have not filed the SoD. As a one-time courtesy, the Court sua sponte **EXTENDS** the parties' deadline to file the SoD up to and including **February 18, 2026**.

Dated:      New York, New York
            February 11, 2026

SO ORDERED.

SARAH L. CAVE
**United States Magistrate Judge**

---

[1] Given that Defendants have filed an answer in this action, (Dkt. No. 6), the Court notes that the parties must file a Stipulation of Dismissal, signed by all parties who have appeared, rather than a Notice of Dismissal. See Fed. R. Civ. P. 41(a)(1). A template for the Stipulation of Dismissal may be found at: https://www.nysd.uscourts.gov/forms/stipulation-voluntary-dismissal.